1
2
3
4
UNITED STATES DISTRICT COURT

5
NORTHERN DISTRICT OF CALIFORNIA

6

7
RONALD D. YOUNG, E65018,                    Case No. 24-cv-00032-SK  (PR)

8
Petitioner,

9
v.                                          **ORDER OF TRANSFER**

10
CHARLES SCHUYLER, Acting Warden,

11
Respondent.

12
Petitioner seeks federal habeas review of a 1990 criminal conviction and life sentence from

13
Solano County Superior Court, which lies within the venue of the Eastern District of California.

14
See 28 U.S.C. § 84(b).  Petitioner is incarcerated at Salinas Valley State Prison in Monterey

15
County, which lies within the venue of this Court.  See id. § 84(a).

16
Venue is proper in a habeas action in either the district of confinement or the district of

17
conviction and sentencing, see 28 U.S.C. § 2241(d); however, petitions challenging a conviction

18
and/or sentence preferably are heard in the district of conviction and sentencing.  See Habeas L.R.

19
2254-3(a); Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993).

20
Because Solano County lies in the Eastern District of California, the Court ORDERS that

21
pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice,

22
this petition be TRANSFERRED to the United States District Court for the Eastern District of

23
California.

24
The clerk shall transfer this matter forthwith.

25
**IT IS SO ORDERED**.

26
Dated: January 5, 2024

27
_____

28
SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California