IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD D. YOUNG,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CHARLES SCHUYLER,<br><br>　　　　　Respondent. | No. 2:24-CV-0157-DJC-DMC-P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the Court is Petitioner's second motion for an extension of time to file objections to the Court's July 30, 2024, findings and recommendations. See ECF No. 23. Good cause appearing therefor based on Petitioner's declaration indicating the need for additional time due to reliance on the assistance of another inmate, which he recently obtained, Petitioner's motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. Petitioner's motion for an extension of time, ECF No. 23, is GRANTED.

2. The parties may file objections to the Court's July 30, 2024, findings and recommendations within 30 days of the date of this order.

Dated: September 19, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE